UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA FARD MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | 3:23-CV-00460-DCLC-DCP |
| | ) | |
| vs. | ) | |
| | ) | |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This case came before the Court on a review of the magistrate judge's Report and Recommendation after she reviewed the Plaintiff's Amended Complaint pursuant 28 U.S.C. § 1915(e)(2)(B) [Doc. 23]. For the reasons stated in the accompanying Memorandum Opinion and Order, Plaintiff's Amended Complaint is **DISMISSED**. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court